ARTHUR H. VAN PELT, Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER E. BLOCK, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNA SPRING, Respondent, v. JACOBS-GREEN REALTY COMPANY, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY BICZAN, Appellant, v. SAMUEL WEIL and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FAY BECHTOL NEY, Respondent, v. K. WINFIELD NEY, Appellant. — Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

AMERICAN UNION BANK, Appellant, v. EMMA BERNSTEIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

IDA SILVERSTEIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ., Merrell, J., dissents and votes for reversal and a new trial.

ELIZABETH CHANKALIAN, Respondent, v. JAMES M. CHANKALIAN, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents.

REBECCA SCHWEITZER, as Executrix, etc., of PETER J. SCHWEITZER, Deceased, Appellant, v. JAMES F. FARGO, as Treasurer, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN LA TERRA, Respondent, v. TOMPKINS KIEL MARBLE Co., INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BROADWAY-PROSPECT, INC., Appellant, v. MEYER EPSTEIN, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Finch, J., dissent.

HELEN SCHROEDER, Appellant, v. SAMUEL BUCHLER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., dissents.

JOE ORT, Appellant, v. SAMUEL T. SILVERMAN and TILLIE SILVERMAN, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOE ORT, Appellant, v. SAMUEL T. SILVERMAN and TILLIE SILVERMAN, Respondents.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed

* Affd., 254 N. Y. 81.

in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Joshua Parker, Respondent, v. Olga I. Hoppe, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Frank Dittman and Another v. Aloid Herda and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the proposed case on appeal to be served on or before March 1, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Alfred Simon v. Darmstadter und Nationalbank Kommanditgesellschaft Atkien.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of Application of The People of the State of New York, by Jesse S. Phillips, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the Serb Federation Sloga.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of Israel Kladneve, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Marion G. Murphy v. John G. Murphy.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Francis D'Ambrosio v. John Palmieri.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before February 17, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Simon Benjamin v. Jacob Klein. Jacob Klein v. Simon Benjamin.— Motion granted on condition that the appeal be noticed for argument during the March term, 1930, of this court. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York v. John Marshall, Alias James S. Landers.— Motion granted so far as to extend the time of the defendant to bring appeal on for argument to and including March 18, 1930.* Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Evans F. Glore & Son v. Bennett Rose and Others, Impleaded with Henry Hauer, Inc., and Another, and Freed Heater Company and Another.— Motion granted so far as to provide that exhibits consisting of objects of wood and metal may be produced and need not be reproduced, and the time of the appellants in which to file the record on appeal and appellants' points extended to and including March 15, 1930; and that in all other respects the said motion is denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

The People of the State of New York ex rel. Benjamin Karpilow v. Robert Barr, Warden of the City Prison of the City of New York, and Another. — Motion granted, the relator meantime to remain in custody until his appeal

* See Code Crim. Proc. § 535, as amd. by Laws of 1926, chap. 464.— [Rep.